FILED
April 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002600422

2

Justin D. Harris #199112
**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654
E-mail: jdh@mmwlawfirm.com

Attorneys for WHD, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

WHD, LLC,

           Debtor.

Case No. 2010-13010-A-11

Chapter 11

### CERTIFICATE OF SERVICE

    I, the undersigned, declare:

    I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Motschiedler, Michaelides & Wishon, LLP, and my business address is 1690 West Shaw Avenue, Suite 200, Fresno, California 93711.

    On April 30, 2010, I caused to be served: APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES AND SUPPORTING DECLARATION; NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES; EXHIBIT PAGE FOR APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES; on the parties involved addressed as follows:

MOTSCHIEDLER,
MICHAELIDES &
WISHON, LLP

1

{05193\0000\\217991.DOC}

| | | |
|---|---|---|
| **U.S. Trustee** <br> Office of the U.S. Trustee <br> United States Courthouse <br> 2500 Tulare Street, Suite 1401 <br> Fresno, California 93721 | | Daniel W. and Sharon L. Green <br> 4138 W. Dakota Ave. <br> Fresno, CA 93722 |
| Eric Kozlowski <br> 4215 S. Dans St. <br> Visalia, CA 93277 | | Fresno County Tax Collector <br> 2281 Tulare St. <br> Hall of Records – Room 105 <br> PO Box 1192 <br> Fresno, CA 93715 |
| IRS <br> PO Box 21126 <br> Philadelphia, PA 19114-0326 | | TEP LLC <br> 5950 N. Sycamore <br> Fresno, CA 93723 |
| Thomas Miller <br> 5950 N. Sycamore <br> Fresno, CA 93723 | | WT Capital Lender Services <br> 7522 N. Colonial Avenue, Ste 101 <br> Fresno, CA 93711 |
| Thomas H. Armstrong <br> 5250 N. Palm Avenue, Suite 224 <br> Fresno, CA 93704 | | |

I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Fresno, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Fresno, California on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this certificate was executed on the 30th day of April 2010 at Fresno, California.

*C. Reed*
Christy Reed