2010-13010
FILED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002657549

Justin D. Harris #199112
**MOTSCHIEDLER, MICHAELIDES & WISHON, LLP**
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654
E-mail: jdh@mmwlawfirm.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>WHD, LLC,<br><br>Debtor. | Case No. 10-13010-A-11<br><br>Chapter 11<br><br>DC No. MMW-2<br><br>Date: May 25, 2010<br>Time: 2:00 p.m.<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, CA<br>Judge: Whitney Rimel |

**ORDER ON APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES**

On May 25, 2010, the Application for Payment of Interim Fees and/or Expenses (the "Application") of Motschiedler, Michaelides & Wishon, LLP ("MM&W") came on regularly for hearing before the Honorable Whitney Rimel, United States Bankruptcy Judge. There was no opposition to the Application and notice was adequate. The Court having considered the Application and good cause appearing, now therefore,

///

{05193\0001\\219483.DOC}

1

Order on Application for Payment of Interim Fees and/or Expenses

RECEIVED
May 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002657549

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Application is approved as an interim fee application in the amounts of $5,010 in fees and $17.60 in expenses;

2. The Court authorizes the payment of $5,010 in fees and $17.60 in expenses to be paid from MM&W's existing retainer; and

3. This is an interim award of fees and all fees allowed on an interim basis will be subject to final review on the final fee application.

Dated:

May 26, 2010

_____
United States Bankruptcy Judge